✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 3 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
               Plaintiff, )
               v. )    2:10-CR-155-GMN (RJJ)
GUSTAVO ELIZONLDE PONCE, )
aka Jorge Tlatelpa, )
               Defendant. )

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT GUSTAVO ELIZONLDE PONCE, aka Jorge Tlatelpa,**

On September 10, 2010 this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P.32.2(b)(1) and (2); Title 21, United States Code, Section 853 (a)(1), (a)(2), and (p) forfeiting property of defendant GUSTAVO ELIZONLDE PONCE, aka Jorge Tlatelpa, to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant GUSTAVO ELIZONLDE PONCE, aka Jorge Tlatelpa.

DATED this 13th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE